FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2022

No. 04-21-00565-CR

John Anthony **SCHARRINGHAUSEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR2612
Honorable Velia J. Meza, Judge Presiding

## O R D E R

After receiving an initial sixty day extension, appellant's brief was due on October 10, 2022. On October 11, 2022, appellant filed a motion requesting an additional sixty-day extension of time to file appellant's brief. Appellant's motion is GRANTED IN PART. Appellant's brief is due **no later than November 9, 2022**. *Further requests for extension of time will be disfavored.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court